IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CARL KING,<br><br>Plaintiff,<br>v.<br><br>SGT. BENTLEY, *et al.*,<br><br>Defendants. | 1:24-CV-1050 |

**ORDER**

This matter is before the Court for review of the Recommendation entered by the magistrate judge. *Text Recommendation* (Oct. 2, 2026). The Recommendation recommends dismissing this action against Defendant Sgt. C. Davis without prejudice under Federal Rule of Civil Procedure 4(m). *Id.* The deadline for objections passed on October 22, 2026, and no parties have objected to the Recommendation. Because there are no objections, the Court "must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citation modified).

"If a defendant is not served within 90 days after the complaint is filed," a court may dismiss the action against the defendant without prejudice "on its own after notice to the plaintiff." Fed. R. Civ. P. 4(m). Where, as here, the plaintiff proceeds *in forma pauperis*, the Rule 4(m) service period is tolled "until the district court screen[s] [the] *in forma pauperis* complaint and authorize[s] service of process." *Robinson v. Clipse*, 602 F.3d 605, 608 (4th Cir. 2010). "[T]he period of time before the district court authorize[s] service by the Marshals Service does not count" towards the Rule 4(m) service period. *Id*. The Court approved *in forma pauperis* status on October 22, 2025. *Text Order* (Oct. 22, 2025). As a result, the Rule 4(m) service period ended on Tuesday, January 20, 2026. Defendant Sgt. C. Davis was not served during this period.

The Court also gave Plaintiff notice and an opportunity to show good cause for the failure to serve Defendant in the Rule 4(m) service period. As the Recommendation notes, on August 24, 2026, the Court issued a text order requiring Plaintiff to show good cause by September 28, 2026, as to why Defendant had not been served. *See Text Order* (Aug. 24, 2026). This was sent to the address Plaintiff

asked the Court to include in the summons form for Defendant to serve the answer to the complaint. *See Summons*, D.E. 6 (Jan. 14, 2026). After the Recommendation was entered, the Court sent Plaintiff notice of the Recommendation and a description of Plaintiff's opportunity to object to the same address. *See Notice*, D.E. 14 (Oct. 5, 2026). This supports the Recommendation's finding that the Court has provided Plaintiff notice and an opportunity to show good cause for failure to serve Defendant.

For the foregoing reasons, it is ORDERED that the Recommendation, *Text Recommendation* (Oct. 2, 2026), is ADOPTED, with the clarification that Defendant was not served within the tolled Rule 4(m) service period.

It is FURTHER ORDERED that the action is DISMISSED WITHOUT PREJUDICE against Defendant Sgt. C. Davis.

This the 6th day of November, 2026.

*/s/ David A. Bragdon*
Chief United States District Judge